■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARBARA S. ROOSEVELT v. PHILIP J. ROOSEVELT.— Motion for an order directing the respective parties herein to refrain from printing in the record on appeal certain exhibits granted insofar as to dispense with printing in the record on appeal of Exhibits F, J, O, 1, 2, 3, 8, 9(a), (b), (c), 11, 12, 21, 22, 23, 24, 26 and 27 on condition that

the originals of said exhibits are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument.